JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. HARRIS,<br><br>            Plaintiff,<br><br>   v.<br><br>HMFC, CARRIAGE MOTORS,<br><br>           Defendants.<br>_____ | Case No. EDCV 09-001930 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 26, 2010

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge